

# Fourth Court of Appeals
## San Antonio, Texas

March 9, 2022

No. 04-22-00075-CV

**WITTY YETI, LLC**, and John Doe,
Appellant

v.

Janelle **PLUMMER**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI17456
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Appellant filed a notice of appeal from the trial court's order denying its special appearance. TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(7). The appellate record and appellant's brief have been filed and appellee's brief is due on April 6, 2022. Appellant has filed an Emergency Motion to Stay all other proceedings, including discovery, in the underlying suit pending resolution of its interlocutory appeal. Attached to appellant's motion for stay is a motion for default judgment filed by appellee on March 7, 2022. After due consideration, we GRANT the appellant's motion for stay. TEX. R. APP. P. 29.3. It is ORDERED that all further proceedings, including discovery, in the trial court are STAYED pending resolution of this appeal.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of March, 2022.

_____
Michael A. Cruz,
Clerk of Court